**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:

**MARICELA CALDERIN**         PROCEEDINGS UNDER CHAPTER 7
                              CASE NO. **14-25763-BKC-RAM**

_____Debtor(s)._____/


### DEBTOR'S MOTION TO CONVERT CASE TO A CHAPTER 13 CASE

**ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF SERVICE STATED IN THIS MOTION SHALL, PURSUANT TO LOCAL RULE 9013-1(D), BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER IN THE FORM ATTACHED TO THIS MOTION. ANY SCHEDULED HEARING MAY THEN BE CANCELLED.**

**COMES NOW,** Debtor, **MARICELA CALDERIN**, by and through undersigned counsel, and files this Motion to Convert Chapter 7 Case to a Chapter 13 Case and states as follows:

1. This case was filed as a Chapter 7 bankruptcy case on July 10, 2014.

2. The 341 Meeting of Creditors took place on August 14, 2014.

3. The Debtor recently retained undersigned to represent her.

4. The Debtor has evaluated her income, expenses, and assets and wishes to convert this case to a Case under Chapter 13.

5. The Debtor's intention to convert to Chapter 13 is not based on bad faith.

6. The debtor's counsel has reached out to the chapter 7 trustee who has no objection to us filing this motion.

7. In a Chapter 13 case the unsecured creditors will be paid the same or more than under a Chapter 7 case.

**WHEREFORE**, Debtor, **MARICELA CALDERIN**, respectfully requests that this Motion to Convert Chapter 7 Case to a Chapter 13 Case be Granted.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below and in the manner indicated on March 20, 2015.

**The following entities were served by electronic transmission:**

Joel L Tabas, Trustee

**ALL entities listed on the mailing matrix were served by US mail on March 20, 2015.**

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855


     /s/  Patrick L. Cordero
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992